AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Porcelli, Anthony E. | Middle District of Florida, Tampa Division | 08/02/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full time) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

801 North Florida Avenue
Suite 1034
Tampa, FL 33602-3800

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees Member | Hillsborough County Bar Foundation |
| 2. | Board Member | Ferguson-White Inn of Court |
| 3. | Board Member | Herbert Goldburg Inn of Court |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porcelli, Anthony E. | 08/02/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Junior Achievement of Tampa Bay |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Bar - Labor & Employment Law Section | 4/12/2019- 4/13/2019 | Jupiter, FL | Judicial panel | hotel, meal, and transportation |
| 2. | Florida Bar | 6//26/2019 - 6/28/2019 | Boca Raton, FL | E-discovery program and judicial roundtable | hotel, meal, and transportation |
| 3. | Sedona Conference | 10/23/2019 - 10/252019 | Saint Louis, MO | Judicial panel discussion on e-discovery | hotel, meal, and transportation |
| 4. | Advanced E-Discovery Institute | 11/19/2019 - 11/21/2019 | Washington, DC | E-discovery program and judicial roundtable | hotel, meal, and transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porcelli, Anthony E. | 08/02/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porcelli, Anthony E. | 08/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Accounts | A | Interest | L | T | | | | | |
| 2. Florida Pre-Paid College Tuition Plan (no control)(#1) | | None | J | T | | | | | |
| 3. Florida Pre-Paid College Tuition Plan (no control)(#2) | | None | J | T | | | | | |
| 4. American Funds 529 Plan (no control) | | | | | | | | | |
| 5. --EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 6. --The Growth Fund of America | A | Dividend | J | T | | | | | |
| 7. --SMALLCAP World Fund | A | Dividend | J | T | | | | | |
| 8. --The Investment Company of America Fund | A | Dividend | J | T | | | | | |
| 9. Wells Fargo 529 Plan (no control) #1 | | | | | | | | | |
| 10. --Capital World Growth and Income Fund | A | Dividend | J | T | | | | | |
| 11. --Captial World Bond Fund | A | Dividend | J | T | | | | | |
| 12. --Capital Income Builder Fund | A | Dividend | J | T | | | | | |
| 13. --American High Income Trust Fund | A | Dividend | J | T | | | | | |
| 14. --EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 15. --New Perspective Fund | A | Dividend | J | T | | | | | |
| 16. --New World Fund | A | Dividend | J | T | | | | | |
| 17. --SMALLCAP World Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porcelli, Anthony E. | 08/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo 529 Plan (no control) #2 | | | | | | | | | |
| 19. --Capital World Growth and Income Fund | A | Dividend | J | T | | | | | |
| 20. --Capital World Bond Fund | A | Dividend | J | T | | | | | |
| 21. --EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 22. --New Perspective Fund | A | Dividend | J | T | | | | | |
| 23. --New World Fund | A | Dividend | J | T | | | | | |
| 24. --SMALLCAP World Fund | A | Dividend | J | T | | | | | |
| 25. Vanguard Prime Money Market Fund-UTMA | A | Dividend | J | T | | | | | |
| 26. Vanguard Prime Money Market Fund- ESA | A | Dividend | J | T | | | | | |
| 27. Black Rock College Advantage Equity Dividend Option-529 | | None | J | T | | | | | |
| 28. JW Cole Bank Deposit Sweep Program | | None | J | T | | | | | |
| 29. American Realty Capital NYC REIT Inc. | A | Dividend | K | T | | | | | |
| 30. American Realty Capital Healthcare Trust III, Inc. (REIT) | A | Dividend | | | Sold | 03/11/19 | J | | |
| 31. Doubleline Total Return Bond Fund Class N | A | Dividend | J | T | | | | | |
| 32. Exxon Mobile Corp Com | A | Dividend | J | T | | | | | |
| 33. Fidelity ADV Biotechnology I Fund | A | Dividend | J | T | | | | | |
| 34. Fidelity ADV Healthcare Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porcelli, Anthony E. | 08/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Low-priced Stock Fund | A | Dividend | J | T | | | | | |
| 36. FMI FDS Inc International Fund | A | Dividend | J | T | | | | | |
| 37. FS Energy and Power Fund | B | Dividend | J | T | | | | | |
| 38. Nestle S A Sponsored ADR | A | Dividend | J | T | | | | | |
| 39. Harbor Mid Cap Value Investment Fund | A | Dividend | J | T | | | | | |
| 40. Vanguard Index FDS S&P 500 ETF | A | Dividend | J | T | | | | | |
| 41. Vanguard US Growth Investment Fund | A | Dividend | J | T | | | | | |
| 42. Destinations Lg Cap Equity | A | Dividend | J | T | | | | | |
| 43. Destinations Small Mid Cap Equity | A | Dividend | J | T | | | | | |
| 44. Destinations Intl Equity | A | Dividend | J | T | | | | | |
| 45. Destinations Equity Income | A | Dividend | K | T | | | | | |
| 46. Destinations Real Assets | A | Dividend | J | T | | | | | |
| 47. Destinations Multi-Strategy Alt | A | Dividend | J | T | | | | | |
| 48. Destinations Core Fixed Income | A | Dividend | J | T | | | | | |
| 49. Destinations Low Duration Fixed | A | Dividend | J | T | | | | | |
| 50. Destinations Global Fixed Income | A | Dividend | J | T | | | | | |
| 51. iShares National Muni Bond ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porcelli, Anthony E. | 08/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares Core MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 53. SPDR Nuveen S&P High Yield Muni Bond ETF | A | Dividend | J | T | | | | | |
| 54. Vanguard Growth ETF | A | Dividend | J | T | | | | | |
| 55. iShares Core MSCI Emerging ETF | A | Dividend | J | T | | | | | |
| 56. Vanguard Small Cap Growth ETF | A | Dividend | J | T | | | | | |
| 57. Vaneck Vectors JP Morgan EM ETF | A | Dividend | J | T | | | | | |
| 58. iShares JP Morgan EM Bond ETF | A | Dividend | J | T | | | | | |
| 59. iShares Russell 2000 Value ETF | A | Dividend | J | T | | | | | |
| 60. Schwab US Large Cap Value ETF | A | Dividend | J | T | | | | | |
| 61. Vanguard Tax Exempt Bond Index ETF | A | Dividend | K | T | | | | | |
| 62. Goverment Fund (SEOXX) | | None | J | T | Buy | 01/02/19 | J | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Lines 2 & 3 - The Florida Pre-Paid College Tuition Plans have no investment selection.  We are just paying tuition at today's prices in advance.

| Name of Person Reporting | Date of Report |
|---|---|
| Porcelli, Anthony E. | 08/02/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anthony E. Porcelli**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544